MICHAEL S. HANAN
Mhanan@grsm.com



ATTORNEYS AT LAW
1 BATTERY PARK PLAZA, 28TH FL
NEW YORK, NEW YORK 10007
PHONE: (973) 549-2507
CELLULAR: 973-464-5616
FAX: (973) 377-1911

January 28, 2021

<u>VIA ECF</u>

Hon. John P. Cronan, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

> Defendants' request is GRANTED.  The Initial Pretrial Conference scheduled for February 2, 2021, at 10:00 a.m. is hereby adjourned to February 2, 2021, at 1:00 p.m.  At the scheduled time, counsel for all parties should call (866) 434-5269, access code 9176261.
>
> SO ORDERED.
>
> Date: January 28, 2021
> New York, New York
>
> _____
> JOHN P. CRONAN
> United States District Judge

Re: <u>**Raiza Rodriguez v. ZDG, LLC**</u>
**Case No. 1:20-cv-09179**

Dear Judge Cronan:

    We represent Defendants ZDG, LLC and Roger Chartouni in the above-referenced matter. We write to request a brief adjournment of the initial conference scheduled for February 2, 2021 at 10:00 a.m. No previous request has been made to adjourn the conference. A personal family issue has just arisen that will prevent me from attending the conference at 10:00 a.m. We have met and conferred with Plaintiff's counsel, Marc Susswein, who has graciously consented to this adjournment request. Both Mr. Susswein and I would be available any time on February 2, 2021 between 12:00 noon and 3:00 p.m.

    We respectfully request that the initial conference be rescheduled at the Court's convenience and thank the Court for its courtesies in this matter.

    Respectfully submitted,

    GORDON REES SCULLY MANSUKHANI, LLP

    *s/ Michael S. Hanan*

    MICHAEL S. HANAN, ESQ.

cc:    All Counsel of Record – Via ECF

1213446/56169779v.1

    cc:    counsel of record (via ECF)